UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALLAN DAVID HARDY,

Civil No. 09-1339 JMR /AJB

    Plaintiff,

v.

O R D E R

RONDELL TOWNSEND, and
T. HOLT,

    Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated July 13, 2009, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that this action is **DISMISSED WITHOUT PREJUDICE**.

DATED: August 10, 2009.

                                           s/James M. Rosenbaum
                                           Judge James M. Rosenbaum
                                           U. S. District Court